

**FILED**

**Margaret Botkins
Clerk of Court**

1:48 pm, 9/17/25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

PETER STROJNIK,

    Plaintiff,

v.

CLEAN BOTTLING INC., a Wyoming corporation,

    Defendant.

Case No.  25-CV-216-SPK

### ORDER DENYING PLAINTIFF'S *MOTION FOR LEAVE TO FILE ELECTRONICALLY*

**THIS MATTER** is before the Court on pro se Plaintiff, Peter Strojnik's, *Motion for Leave to File Electronically*. ECF No. 2. Plaintiff is requesting leave of the Court to file through the Management/Electronic Case Filing ("CM/ECF") system.

According to the District of Wyoming's CM/ECF Procedures Manual, pro se parties may not use CM/ECF to file documents.[1] In fact, only an attorney who is a member in good standing of the bar of this Court will be given the authority to file directly to the CM/ECF docket. However, there are other options available to pro se plaintiffs wishing to file electronically rather than by mail or in person. Pro se parties may email documents

---

[1] As a courtesy, the Court is attaching links to the CM/ECF Procedures Manual (https://www.wyd.uscourts.gov/sites/wyd/files/cmprocmanual_0.pdf), The Local Civil Rules (https://www.wyd.uscourts.gov/court-info/local-rules-and-orders/local-rules), and Pro Se Guide (https://www.wyd.uscourts.gov/filing-without-attorney).

2

containing an original signature to WYDNewCase@wyd.uscourts.gov for filing. U.S.D.C.L.R. 5.1(f).

For the reasons set above, Plaintiff's request is **DENIED**.

Dated this 17th day of September, 2025.

_Scott P. Klosterman_
Scott P. Klosterman
United States Magistrate Judge