Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

FILED

8:28 am, 10/14/25

**Margaret Botkins
Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff<br><br>v.<br><br>CLEAN BOTTLING, INC. a Wyoming Corporation<br><br>Defendant. | Case No. 2:25-cv-00216-SPK<br><br>**NOTICE OF PROOF OF SERVICE** |

PLEASE TAKE NOTICE that the SummoNs and the Complaint were served on Defendant on October 7, 2025, as affirmed in the Proof of Service attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 11TH day of October, 2025

_____
Peter Strojnik
Plaintiff

Electronically submitted to wydnewcase@wyd.uscourts.gov pursuant to U.S.D.C.L.R. 5.1(f) and Doc. # 3.

/s/ Peter Strojnik

1

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25CV-216-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Clean Bottling Inc.**
was received by me on *(date)* **10/2/2025**  **C/o Registered Agent Solutions Inc.**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Henry Pena, Reg. Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **Clean Bottling INC 1603 Capitol Ave. Ste 310 Cheyenne WY. 82001** on *(date)* **10/7/25 @ 3:17 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/8/2025**

*Danielle Broderick*
Server's Signature

**Danielle Broderick, Process Server**
Printed name and title

**312 11th Ave Longmont CO 80501**
Server's address

2