Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

FILED

8:18 am, 10/29/25

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| PETER STROJNIK,<br><br>Plaintiff<br><br>v.<br><br>CLEAN BOTTLING, INC. a Wyoming Corporation<br><br>Defendant. | Case No. 2:25-cv-00216-SPK<br><br>**VERIFIED APPLICATION FOR THE ENTRY OF DEFAULT** |
|---|---|

Plaintiff sought a judgment for affirmative relief. Dkt. at 1. Defendant was served with process on October 7, 2025. Dkt. at 4. Defendant has failed to plead or otherwise defend. Accordingly, Plaintiff respectfully requests the Clerk of the Court to enter Defendant's Default.

Plaintiff verifies that the statements made above are true and correct.

RESPECTFULLY SUBMITTED this 29TH day of October, 2025

_____
Peter Strojnik
Plaintiff

Electronically submitted to wydnewcase@wyd.uscourts.gov pursuant to U.S.D.C.L.R. 5.1(f) and Doc. # 3.

/s/ Peter Strojnik

1