Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| PETER STROJNIK, | Case No. 2:25-cv-00216-ABJ |
|---|---|
| Plaintiff | |
| v. | **[PROPOSED] JUDGMENT BY DEFAULT** |
| CLEAN BOTTLING, INC. a Wyoming Corporation | |
| Defendant. | |

THE COURT, after due consideration to Plaintiff's Motion for Judgment by Default, the facts alleged in Plaintiff's Complaint and admitted by Defendant by virtue of its failure to file its answer or otherwise appear and defend as documented by the Clerk's Entry of Default, grants Plaintiff's Motion for Judgment by Default. The Court finds and declares judgment as follows:

1. The Court has diversity jurisdiction to enter this Judgment pursuant to 28 U.S.C. §§ 1332.
2. The Court has personal jurisdiction over Clean Bottling, Inc. because Clean Bottling, Inc. is a Wyoming corporation.
3. Plaintiff is granted judgment against Clean Bottling, Inc. in the amount of $120,000.00.
4. Plaintiff is further granted judgment for costs in the amount of $545.25 for the filing fee and service of process fee.

1

5. All monetary amounts are subject to the interest rate equal to the weekly average 1-year constant maturity Treasury Yield which at the time of the Entry of this Judgment is calculated to be _____%.

6. Defendant Clean Bottling, Inc. is declared to be the alter ego of its principal Steven Delaportas.

DONE AND ENTERED in open court this _____ day of _____, 2025.

_____
Honorable Alan B. Johnson
United States District Judge