Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

**FILED**

3:35 pm, 10/31/25

**Margaret Botkins
Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PETER STROJNIK, <br><br> Plaintiff <br><br> v. <br><br><br> CLEAN BOTTLING, INC. a Wyoming Corporation <br><br><br> Defendant. | Case No. 2:25-cv-00216-SPK <br><br> **VERIFIED DECLARATION OF COMPENSABLE COSTS** |

Plaintiff verifies, under the penalty of perjury, that he incurred the following compensable costs and fees in this matter:

| | |
|---|---|
| Filing Fee | $405.00 |
| Service of Process Fee | $140.25 |
| **TOTAL** | **$545.25** |

Plaintiff verifies that the statements made above are true and correct.

RESPECTFULLY SUBMITTED this 31st day of October, 2025

_____
Peter Strojnik
Plaintiff

Electronically submitted to wydnewcase@wyd.uscourts.gov pursuant to U.S.D.C.L.R. 5.1(f) and Doc. # 3.

/s/ Peter Strojnik

1