Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

FILED

3:45 pm, 11/13/25

Margaret Botkins
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| PETER STROJNIK, | Case No. 2:25-cv-00216-SPK |
|---|---|
| Plaintiff | |
| v. | **NOTICE OF SERVICE OF DEFAULT PAPERS** |
| CLEAN BOTTLING, INC. a Wyoming Corporation | |
| Defendant. | |

    PLEASE TAKE NOTICE that on this 13th day of November, Plaintiff served upon Defendant Clean Bottling, Inc.'s former Arizona counsel, David Degnan and Brendan Texido, by email, d.degnan@degnanlawaz.com, and b.texido@degnanlawaz.com respectively, with the following documents:

Doc 7 – Entry of Default

Doc 8 - Motion for Judgment by Default

Doc 8-1 – [Proposed] Judgment

Doc 9 – Verified Declaration of Compensable Costs

    RESPECTFULLY SUBMITTED this 13th day of November, 2025

*/s/ Peter Strojnik*

Peter Strojnik
Plaintiff

Electronically submitted to wydnewcase@wyd.uscourts.gov pursuant to U.S.D.C.L.R. 5.1(f) and Doc. # 3.

s/ps

1