**Granted with Modifications**
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
10/14/2025 8:00:00 AM
Filing ID 20748457



1  **DEGNAN HORNE**
2  David Degnan (AZ SBN 027422)
   Justin D. Fouts (AZ SBN 034881)
3  4105 N. 20th Street, Suite 220
4  Phoenix, Arizona 85016
   602.266.0531
5  d.degnan@degnanlawaz.com
   j.fouts@degnanlawaz.com
6  *Attorneys for Defendants Clean Bottling, Inc.,*
7  *Intercontinental Growth Holding Group, Inc.,*
   *Kylie Schuyler, Douglas Hodge, Steven*
8  *Dellaportas and Charlene Sanford*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| PETER STROJNIK<br><br>Plaintiff,<br><br>v.<br><br>LE NID USA, INC., a defunct Florida corporation ("LE NID USA, INC.(FLA), *et al.*,<br><br>Defendants. | No. CV2024-006019<br><br>**PROPOSED JUDGMENT** |

This matter having come on Defendants' Motion to Dismiss Plaintiff Peter Strojnik's ("Plaintiff") Complaint, the Court having heard Oral Argument regarding the same, and this Court having granted Defendants' Motion to Dismiss, there is no just cause or reason for delay, the Court find as follows:

**IT IS HEREBY ORDERED, ADJUJDGED, AND DECREED** dismissing Defendants Kylie Schuyler, Douglas Hodge, Intercontinental Growth Holding Group, Inc., and Clean Bottling, Inc. ("Defendants") are dismissed without prejudice.

The Court has reviewed the requests for fees and costs and makes the following findings:

- The matter arises out of contract. Some claims are direct claims for breach of contract, while others relate to the surrounding circumstances of those contracts. And/or the avoidance of paying contracted sums
- Moving Defendants are the successful party since their motion to dismiss was granted. *Not* having the case dismissed on the merits does not change this.
- The factors weigh in favor of an award of fees.
    - The merits, strictly speaking, were not adjudicated as this was largely a jurisdictional issue, although one claim was dismissed under the Statute of Frauds.
    - Litigation could have been avoided, given the jurisdictional challenges.
    - Fees assessed against Plaintiff would not create a hardship under these circumstances.
    - Plaintiff did not succeed in full—meaning the case was dismissed on jurisdictional grounds instead of on the merits. But the entirety of the case was dismissed, which indicates significant success.
    - The issues were not novel.
    - An award of fees would not discourage reasonable claims. Rather, an award of fees would only serve to ensure tenable claims ae filed in the right court.
- The fees requested are somewhat excessive given the straightforward nature of the successful defense in comparison to the arguments not accepted by the Court. It would be unreasonable to award all fees requested under these circumstances. The requested fees also include some administrative items that the Court finds should not be reimbursed.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** awarding Defendants $28,937.00 against Plaintiff as and for attorneys' fees reasonably incurred in this matter pursuant to A.R.S. § 12-341.01 and the termination agreement between the parties;

2

interest shall accrue on this amount for the date of this Judgment until paid in full at the rate of eight and one-half (8.5%), pursuant to A.R.S. § 44-1201.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** awarding Defendants their taxable and non-taxable costs against Plaintiff in the amount of $612.59 pursuant to A.R.S. § 12-341 and the termination agreement between the parties; interest shall accrue on this amount for the date of this Judgment until paid in full at the rate of eight and one-half (8.5%), pursuant to A.R.S. § 44-1201.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that no further matters remain pending, and that this Judgment is interest pursuant to Rule 54(b) of the Arizona Rules of Civil Procedure.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court reserved jurisdiction to enforce this Judgement and/or to hear and determine any claims for post-judgment fees and costs incurred in collection of this Judgement.

**DONE IN OPEN COURT** this _____ day of _____ 2025.

                                              Honorable Scott Minder
                                              Maricopa County Superior Court Judge

# eSignature Page 1 of 1

Filing ID: 20748457   Case Number: CV2024-006019
Original Filing ID: 20515148
_____

Granted with Modifications



/S/ Scott Minder Date: 10/13/2025
Judicial Officer of Superior Court

# ENDORSEMENT PAGE

CASE NUMBER: CV2024-006019          SIGNATURE DATE: 10/13/2025

E-FILING ID #: 20748457          FILED DATE: 10/14/2025 8:00:00 AM

DAVID W DEGNAN

DONALD J NEWMAN

JUSTIN D FOUTS

MARK D CHESTER