

4400 N. Scottsdale Rd., Scottsdale Arizona



"Suite" 308