**SO ORDERED.**

**Dated: June 4, 2025**



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br>Alkaline 88, LLC,<br><br>Debtor.<br><br>Anthony H. Mason, the Chapter 7 Trustee,<br>            Plaintiff,<br>v.<br><br>Clean Bottling Inc. (a Wyoming corporation), Fictitious Company Black, Fictitious Corporation White, and Fictitious Partnership Blue.<br>            Defendants. | Chapter 7<br><br>Case No. 2:23-bk-08867-MCW<br><br>Adv. No. 2:24-bk-00233-MCW<br><br>**DEFAULT JUDGMENT** |

The Court, having reviewed the Motion for Default Judgment Against Clean Bottling Inc. and Declaration of Counsel, the Affidavit for Sum Certain, and the pleadings of record,

**THE COURT FINDS THAT**:

1. Clean Bottling Inc. ("Defendant") was properly served with process pursuant to Fed. R. Bankr. P. 7004(b)(3) and failed to appear and answer the Complaint within the time prescribed by law;

2. The Clerk of this Court duly entered the default against Defendant on April 9, 2025;

3. Defendant is neither an infant, an incompetent person, nor a member of the armed forces; and

4. Plaintiff is entitled to judgment against Defendant and there is no just reason to delay entry of Judgment.

**NOW, THEREFORE, IT IS ORDERED** as follows:

a. Granting Judgment in favor of Plaintiff and against Defendant;

b. Awarding Plaintiff, Trustee Anthony H. Mason, as the Trustee of the bankruptcy estate of Alkaline 88, LLC, judgment in the amount of $600,000.00; and

c. Awarding post-judgment interest at the rate of 4.02% pursuant to 28 U.S.C § 1961 from the date of the judgment until paid in full.

**SIGNED AND DATED ABOVE**