# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Traffic Tech Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Clean Bottling Incorporated,<br><br>    Defendant. | NO. CV-25-01356-PHX-JJT<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff Traffic Tech Incorporated, and against Defendant Clean Bottling Incorporated in the total principal amount of $44,490.75. This amount shall bear post-judgment interest at the federal rate from the date of Judgment until paid.

    Debra D. Lucas
    District Court Executive/Clerk of Court

June 24, 2025

By     s/ E. Aragon
    Deputy Clerk