Arizona Corporation Commission - RECEIVED: 11/17/2023  23111713519512
Arizona Corporation Commission - FILED: 11/17/2023

# APPLICATION FOR AUTHORITY

## OF FOREIGN CORPORATION

**ENTITY INFORMATION**

| | |
|---|---|
| **ENTITY NAME:** | CLEAN BOTTLING, INC. |
| **ENTITY ID:** | 23607924 |
| **ENTITY TYPE:** | Foreign For-Profit (Business) Corporation |
| **EFFECTIVE DATE:** | 11/17/2023 |
| **FOREIGN DOMICILE STATE:** | Wyoming |
| **DATE OF FORMATION IN FOREIGN DOMICILE:** | 03/09/2023 |
| **DURATION:** | Perpetual |
| **TRUE NAME IN FOREIGN DOMICILE:** | |
| **PURPOSE:** | |
| **CHARACTER OF BUSINESS:** | Any legal purpose |
| **AUTHORIZED SHARES:** | Share Class: Common Share Series: Share Total: 300000000 |
| | Share Class: Preferred Share Series: Share Total: 10000000 |
| **ISSUED SHARES:** | Share Class: Common Share Series: Share Total: 100000000 |
| | Share Class: Preferred Share Series: Share Total: 10000000 |

**STATUTORY AGENT INFORMATION**

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Registered Agent Solutions, Inc. |
| **PHYSICAL ADDRESS:** | 300 W. Clarendon Ave., Suite 240, PHOENIX, AZ 85013 |
| **MAILING ADDRESS:** | 300 W. Clarendon Ave., Suite 240, PHOENIX, AZ 85013 |

**KNOWN PLACE OF BUSINESS**

4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ 85251

**PRINCIPAL OFFICE ADDRESS**

1603 Capitol Ave, Suite 310, CHEYENNE, WY 82001

**PRINCIPAL INFORMATION**

Director: Steven Delaportas - 4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ, 85251, USA - - Date of Taking Office:

President/CEO: Steven Delaportas - 4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ, 85251, USA - - Date of Taking Office:

**SIGNATURE**

President/CEO: Steven Delaportas - 11/17/2023



# Wyoming Secretary of State

**Chuck Gray**
Secretary of State

**Jesse Naiman**
Deputy Secretary of State

## Certified Copy

**Date:** 11/16/2023 9:51AM

**Through Date:** 11/16/2023 9:51AM

**Corporate Name:** Clean Bottling, Inc.

The undersigned filing officer hereby certifies that the attached copies are a true and complete copy of the document as filed in this office.

| Document Number | Description | Number of Pages |
| --- | --- | --- |
| 2023-004095405 | Articles of Correction – 03/30/2023 | 1 |
| 2023-001235311 | Initial Filing – 03/09/2023 | 4 |

Respectfully,

*Chuck Gray*

Chuck Gray
Wyoming Secretary of State
Certified By: Paul VaughanMiller



1



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

23111713519512

WY Secretar
FILED: 03/30/2023 12:08 PM
Original ID: 2023-001235311
Amendment ID: 2023-004095405

# Profit Corporation
# Articles of Correction

1. Corporation name:

   Clean Bottling, Inc.

2. The document to be corrected is: Articles of Incorporation

3. Filed with the Wyoming Secretary of State on: 03/09/2023
   (Date – mm/dd/yyyy)

4. Incorrect statement:

   VI. Steven Dellaportas, Signature: Steven Dellaportas, Filer Signature: Steven Dellaportas, Consent to appoint agent: Steven Dellaportas

5. Reason it is incorrect or manner in which the execution was defective:

   misspelling of individuals name

6. Correct statement:

   Steven Delaportas

Signature: [signed]    Date: 03/15/2023
(May be executed by the Chairman of the Board, President or another or its officers.)   (mm/dd/yyyy)

Print Name: Steven Delaportas    Contact Person: Steven Delaportas
Title: CEO    Daytime Phone Number: 602-561-0510
    Email: tomc@tcecompliance.com
    (An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)

RECEIVED
MAR 20 2023
WYOMING
SECRETARY OF STATE

**Checklist**
✓ *Filing Fee: $60.00* Make check or money order payable to Wyoming Secretary of State.
☐ **Processing time is up to 15 business days** following the date of receipt in our office.
☐ Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
☐ Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

P-ArticlesCorrection - Revised June 2021

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office
**WY Secretary of State**
FILED: Mar 9 2023 9:51AM
Original ID: 2023-001235311

23111713519512

# Profit Corporation
## Articles of Incorporation

**I. The name of the profit corporation is:**
Clean Bottling, Inc.

**II. The name and physical address of the registered agent of the profit corporation is:**
Registered Agent Solutions, Inc.
1603 Capitol Ave Suite 310
Cheyenne, WY 82001

**III. The mailing address of the profit corporation is:**
4400 N Scottsdale Rd
Scottsdale, AZ 85251

**IV. The principal office address of the profit corporation is:**
4400 N Scottsdale Rd
Scottsdale, AZ 85251

**V. The number, par value, and class of shares the profit corporation will have the authority to issue are:**
Number of Common Shares:  300,000,000   Common Par Value:  $0.0001
Number of Preferred Shares: 10,000,000   Preferred Par Value: $0.0001

**VI. The name and address of each incorporator is as follows:**
Steven Dellaportas
4400 N Scottsdale Rd.  Scottsdale, AZ 85251

Signature: *Steven Dellaportas*          Date: 03/09/2023

Print Name:   **Steven Dellaportas**

Title:   **CEO**

Email:   **tomc@tcecompliance.com**

Daytime Phone #:   **(602) 561-0510**



23111713519512

W
Hersch

Cheyenne, WY 82002-0020
Ph. 307-777-7311

Wyoming Secretary of State

- ☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.
- ☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).
- ☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.
- ☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.
- ☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.
- ☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Steven Dellaportas
- ☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings:** Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual     ☐ An Organization

## Filer Information:
By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.

| | | |
|---|---|---|
| **Signature:** | *Steven Dellaportas* | **Date:** 03/09/2023 |
| **Print Name:** | **Steven Dellaportas** | |
| **Title:** | **CEO** | |
| **Email:** | **tomc@tcecompliance.com** | |
| **Daytime Phone #:** | **(602) 561-0510** | |



**Secretary of State**

W
Herschl

Cheyenne, WY 82002-0020
Ph. 307-777-7311

23111713519512

# Consent to Appointment by Registered Agent

**Registered Agent Solutions, Inc.**, whose registered office is located at **1603 Capitol Ave Suite 310, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **Clean Bottling, Inc.** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | |
|---|---|
| Signature: | *Steven Dellaportas* |
| Print Name: | **Steven Dellaportas** |
| Title: | **CEO** |
| Email: | **tomc@tcecompliance.com** |
| Daytime Phone #: | **(602) 561-0510** |

Date: **03/09/2023**

23111713519512

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF INCORPORATION

**Clean Bottling, Inc.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **9th** day of **March, 2023** at **9:51 AM.**

Remainder intentionally left blank.



Filed Date: 03/09/2023

_____
Secretary of State

Filed Online By:

Steven Dellaportas

on 03/09/2023

23111713519512

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that according to the records of this office,

## Clean Bottling, Inc.
is a
## Profit Corporation

formed or qualified under the laws of Wyoming did on **March 9, 2023**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2023-001235311**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 13th day of November, 2023 at 9:20 AM. This certificate is assigned ID Number 066915929.

Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website https://wyobiz.wyo.gov and following the instructions displayed under Validate Certificate.