Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff<br><br>v.<br><br>CLEAN BOTTLING, INC. a Wyoming Corporation<br><br>Defendant. | Case No. 2:25-cv-00216-SPK<br><br>**DECLARATION OF PETER STROJNIK UNDER THE PENALTY OF PERJURY** |

My name is Peter Strojnik. I am the Plaintiff in this cause. I am 73 years old and of clear mind. I make the following declaration under the penalty of perjury from my personal knowledge. Referenced documents are appended to my Response to Court's Order to Show cause and are by this reference incorporated herein.

1. On December 4, 2023, I entered into a one year consulting agreement with Clean Bottling, Inc. ("CBI") as alleged in the Complaint filed in this action. The written confirmation of the oral consulting agreement with CBI are attached to the Complaint as Exhibit 1

2. My agreement was reached with CBI's officer and director Mr. Steven Delaportsa, *aka* Steven *Dellaportas* at the offices of Le Nid Consortium International, Inc. ("LNCI") located at 6991 East Camelback Road, Suite B 300, Scottsdale, Arizona..

3. Mr. Dellaportas represented himself as the CEO of LNCI:

1



4. I recently reviewed the corporate filings for LNCI and discovered that Mr. Delaportas is not the CEO of LNCI.
5. The mailing address for LNCI was the same drop box as that of CBI.
6. CBI Breached the consulting agreement as alleged in the Complaint.
7. My Arizona Attorney, Mr. Don Newman, subsequently filed a claim against CBI and others in the Maricopa County Superior Court ("MCSC") under cause number CV2024-006019.
8. In the MCSC action, CBI claimed that it was not subject to personal jurisdiction in the State of Arizona. The Arizona Court agreed and, by minute entry dated August 11, 2025, dismissed CBI for lack of personal jurisdiction.
9. As a consequence of the dismissal without prejudice, I filed the case in this Court on September 11, 2025.
10. On October 14, 2025, the Arizona Court signed a formal final Judgment dismissing CBI for lack of personal jurisdiction without prejudice.
11. My personal investigations disclose that CBI's corporate filings with the State of Wyoming list CBI's principal place of business as 4400 N. Scottsdale Rd., Suite 308, Scottsdale AZ 85251.
12. On January 27, 2024, I went to 4400 N. Scottsdale Rd., Suite 308, Scottsdale AZ 85251 was a UPS drop box and took photos:

2



4400 N. Scottsdale Rd., Scottsdale Arizona



"Suite" 308

13. On or about June 1, 2024, LNCI under Mr. Delaportas' tutelage, vacated its offices at 6991 E. Camelback and moved to 1375 N. Miller Rd. Tempe, Arizona 85281.

14. On June 24, 2024, I went to 1375 N. Miller Rd. Tempe, Arizona 85281 to determine whether this was LNCI's new location.

15. There, I asked an employee, Ms. Natalie E. Cashmere, if this was LNCI's address. She responded, "Le Nid is now Clean Bottling". I asked why Le Nid became Clean Bottling, and she responded, "The funders decided not to fund it any more".

3

16. I returned to 1375 N. Miller Rd. in Tempe several moths later to see whether the location was still in business and discovered that it was closed and empty.
17. Prior to filing the above captioned action, I conducted further investigations and discovered the following:
    a. On March 9, 2023, CBI filed its Articles of Incorporation in Wyoming. CBI listed its principal address, its mailing address, and Mr. Delaportas mailing address as 4400 N. Scottsdale Rd., Scottsdale, Arizona 85251.
    b. On November 17, 2023, CBI filed the Application for Authority to conduct business in Arizona. This time, CBI listed the principal office address as 1603 Capitol Ave., Suite 310, Cheyenne, WY 82001, and the address of Incorporator and control person Mr. Steven Delaportas as the mail drop at 4400 N. Scottsdale Rd., Suite 308, Scottsdale, Arizona 85251.
    c. Following a complete ruin of LNCI, on or about May 30, 2024, Mr. Delaportas closed LNCI's doors and moved his various operations to 1375 N. Miller Rd. in Tempe, Arizona to house his principal corporate entity, Intercontinental Growth Holding Group, Inc. and, potentially, CBI.
18. On March 1, 2025, CBI filed its 2025 Annual Report in Wyoming. The Annual Report substituted Mr. Delaportas with a Diapeng Ma as CBI's officer and director. The address listed for Mr. Ma was the mail drop box at 4400 N. Scottsdale Rd., Suite 308, Scottsdale, Arizona 85251.
19. On March 19, 2025, CBI filed its Arizona Annual Report, removing Mr. Delaportas as the officer and director, and substituted Diapeng Ma:

**KNOWN PLACE OF BUSINESS**
4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ 85251

**PRINCIPAL OFFICE ADDRESS**
1603 Capitol Ave, Suite 310, CHEYENNE, WY 82001

**PRINCIPAL INFORMATION**
Director: Diapeng Ma - 4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ, 85251, USA - - Date of Taking Office:
President/CEO: Diapeng Ma - 4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ, 85251, USA - - Date of Taking Office:

**SIGNATURE**
President/CEO: Diapeng Ma - 03/19/2025

4

20. I conducted a thorough research regarding CBI's new director and CEO Diapeng Ma. I reviewed CBI's corporate filings with the Arizona Secretary of State, Private Background Search engine Instant CheckMate, PACER, Maricopa County Superior Court civil docket, LinkedIn, Facebook, X, Artificial Intelligence and general google search for "Diapeng Ma". There were no hits. Diapeng Ma does not seem exist.

21. On June 4, 2025, CBI suffered a Default Judgment in the amount of $600,000.00 in the United States Bankruptcy Court for the District of Arizona. On June 16, 2025, CBI suffered another $44,490.75 Default Judgment in the US District Court for the District of Arizona. Additional lawsuits were filed against CBI in the Maricopa County Superior Court in 2024 and 2025:

| Case Number | Party / Business Name |
| --- | --- |
| CV2024-025552 | Clean Bottling Inc |
| CV2024-029051 | Clean Bottling Inc |
| CV2025-006017 | Clean Bottling Inc |
| CV2025-006019 | Clean Bottling Inc |
| CV2025-028658 | Clean Bottling Inc |
| CV2025-031139 | Clean Bottling Inc |

22. The replacement of Mr. Delaportas with Mr. Ma is consistent with Plaintiff's cautionary letter to the Wyoming Secretary of State dated August 23, 2024, in which Plaintiff cautioned the Honorable Chuck Gray of the apparent misuse of the Wyoming incorporation system by Mr. Delaportas.

5

23. I further conducted a location search CBI, Diapeng Ma and Steven Delaportas, none of whom can be found to conduct any business in the State of Arizona. They have no physical office in Arizona. They have no production facilities in Arizona. They have no income in Arizona. They have no employees in Arizona. There is no "nerve center" in Arizona or, for that matter, anywhere else in the United States.

24. I say no further.

      RESPECTFULLY SUBMITTED this 25TH day of November, 2025

                                            Peter Strojnik
                                            Plaintiff

Electronically submitted to wydnewcase@wyd.uscourts.gov pursuant to U.S.D.C.L.R. 5.1(f) and Doc. # 3.

/s/ Peter Strojnik

Copies of the above mailed by certified mail to:

Clean Bottling, Inc.
c/o Registered Agent Solutions, Inc.
1603 Capitol Ave., Suite 310
Cheyenne, WY 82001

Steven Delaportas and Diapeng Ma
Clean Bottling, Inc.
4400 N. Scottsdale Rd., Suite 308
Scottsdale, Arizona 85251

/s/ ps