# 2025 Profit Corporation Annual Report

| | |
|---|---|
| Due on or Before: | March 1, 2025 |
| ID: | 2023-001235311 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 11115606 |

**For Office Use Only**
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Clean Bottling, Inc.**

**1: Mailing Address**

4400 N Scottsdale Rd
Suite 308
Scottsdale, AZ 85251

**Current Registered Agent:**
Registered Agent Solutions, Inc.
1603 Capitol Ave Suite 310
Cheyenne, WY 82001

**2: Principal Office Address**

4400 N Scottsdale Rd
Suite 308
Scottsdale, AZ 85251

Phone: (518) 577-3397
Email: tomc@tcecompliance.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate form available from the Secretary of State's website at https://sos.wyo.gov

**3: Officers and Directors**

President        Diapeng Ma - 4400 N Scottsdale Rd Suite 308 Scottsdale AZ 85251

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Diapeng MA | Diapeng MA | March 20, 2025 |
|---|---|---|
| Signature of Treasurer or Fiscal Agent | Printed Name of Treasurer or Fiscal Agent | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.