Arizona Corporation Commission - RECEIVED: 3/19/2025
Arizona Corporation Commission - FILED: 3/19/2025

25031914010233

# 2024 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** CLEAN BOTTLING, INC.
**ENTITY ID:** 23607924
**ENTITY TYPE:** Foreign For-Profit (Business) Corporation
**CHARACTER OF BUSINESS:** Any legal purpose
**AUTHORIZED SHARES:**
  Share Class: Common Share Series: Share Total: 300000000
  Share Class: Preferred Share Series: Share Total: 10000000

**ISSUED SHARES:**
  Share Class: Common Share Series: Share Total: 100000000
  Share Class: Preferred Share Series: Share Total: 10000000

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Registered Agent Solutions, Inc.
**PHYSICAL ADDRESS:** 300 W. Clarendon Ave., Suite 240, PHOENIX, AZ 85013
**MAILING ADDRESS:** 300 W. Clarendon Ave., Suite 240, PHOENIX, AZ 85013

## KNOWN PLACE OF BUSINESS

4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ 85251

## PRINCIPAL OFFICE ADDRESS

1603 Capitol Ave, Suite 310, CHEYENNE, WY 82001

## PRINCIPAL INFORMATION

Director: Diapeng Ma - 4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ, 85251, USA - - Date of Taking Office:

President/CEO: Diapeng Ma - 4400 N Scottsdale Rd, Suite 308, SCOTTSDALE, AZ, 85251, USA - - Date of Taking Office:

## SIGNATURE

President/CEO: Diapeng Ma - 03/19/2025