# PETER STROJNIK
STRATEGIC CONSULTING



7847 NORTH CENTRAL AVE.
PHOENIX, ARIZONA 85020
602-524-6602
PS@STROJNIK.COM

August 23, 2024

The Honorable Chuck Gray
Secretary of State of the State of Wyoming
By email only
Chuck.Gray@wyo.gov
Cc: business@wyo.gov

Re: Le Nid – Cremily Enterprise Artifice

Dear Mr. Gray:

A series of Wyoming corporations whose names begin with "Le Nid" or "Crèmily" have been illegally formed to perpetrate fraudulent conveyances through transfers of money and assets by and between them and their officers, directors and control persons. The "Le Nid – Cremily Enterprise" is funded by one Douglas Hodge, controlled by his wife Kylie Schuyler, and managed by one Steven Delaportas *aka* Steven Dellaportas.

The purpose of this letter is not to resolve the overall artifice of the Le Nid – Cremily Enterprise, but to alert you to the Enterprise' illegal use the State of Wyoming' streamlined incorporation process in order to commit fraudulent transfers.

The undersigned is one of the creditors.

## 1. Background

Global G.L.O.W. ("GLOW") is a California charitable organization committed to igniting the power of girls to advocate for a better world. Its stated vision is to create "a world where girls lead".[1] GLOW funds its charity through direct online donations and from the profits realized from another California non-profit, The Crèmily Foundation. Exhibits 1 and 2. In turn, The Crèmily Foundation controls a number of "feeder" corporations in the business of manufacturing, marketing and distributing Crèmily Frozen Yogurt. *See* Crèmily-Le Nid Graphic in Exhibit 6.

---

[1] *See* https://globalgirlsglow.org.

The officers and directors of the Crèmily Foundation are:

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Kylie Schuyler | 157 EMERALD BAY<br>LAGUNA BEACH, CA 92651 | Chief Executive Officer |
| Steven Dellaportas | 6691 E. CAMELBACK ROAD SET. BB300<br>SCOTTSDALE, AZ 85251 | Secretary |
| Douglas Hodge | 157 EMERALD BAY<br>LAGUNA BEACH, CA 92651 | Chief Financial Officer |

**The Crèmily Foundation** derives its name from Crèmily Authentic French Frozen Yogurt products[2]:



**Kylie Schuyler** ("Schuyler" or "Ms. Schuyler") is a California resident and the founding member of GLOW, its CEO, and the control person of Crèmily, Inc., Exhibit 3. In addition, she is listed as the incorporator and the control person of additional Le Nid – Cremily Enterprise corporations, many of which were incorporated in Wyoming as more fully described below.

Ms. Schuyler is the front person of the Le Nid – Cremily Enterprise.

**Douglas Hodge** ("Hodge" or 'Mr. Hodge") is Ms. Schuyler's husband. He is the former CEO of Pacific Investment Management Company, LLC which, according to Wikipedia, is one of the largest investment managers, actively managing more than $2 trillion in assets for central banks, sovereign wealth funds, pension funds, corporations, foundations and endowments, and individual investors around the world.

In 2019, Mr. Hodge was indicted in the infamous college bribery scandal. To refresh memories, this scandal involved very rich people bribing sports coaches at

---

[2] See Crèmily.com

various elite schools to draft his children into various sports programs in order to gain admission to these elite schools.

As a result of the bribery and related misdeeds, Mr. Hodge was indicted and convicted of violating 18 U.S.C. 1349 - Conspiracy to Commit Mail and Wire Fraud and Honest Services Mail and Wire Fraud and 18 U.S.C. §1956((h) – Money Laundering Conspiracy, paid a $750,000 fine and spent 9 months in federal correctional institution[3].

Mr. Hodge is the funder of the Le Nid – Cremily Enterprise

**Steven "Dellaportas"** is the assumed name of one Steven Delaportas, Arizona resident. Mr. Delaportas uses the assumed name "Dellaportas" to hide his true identity. Mr. Delaportas has a highly negative internet presence, including his convictions for bankruptcy fraud and perjury[4].

Mr. Delaportas was, at relevant times, the manager of the Le Nid – Cremily Enterprise. His actions were known to and approved by Schuyler and Hodge.

In order to manufacture, market and distribute Crèmily Frozen Foods, the Crèmily Enterprise uses a series of independent corporations[5] with a common designation "Le Nid" and "Crèmily".

---

[3] 1:19-cr-10080-NMG-11 (18 U.S.C. 1349 - Conspiracy to Commit Mail and Wire Fraud and Honest Services Mail and Wire Fraud and 18 U.S.C. §1956((h) – Money Laundering Conspiracy)

[4] 1:19-cr-10080-NMG-11 (18 U.S.C. 1349 - Conspiracy to Commit Mail and Wire Fraud and Honest Services Mail and Wire Fraud and 18 U.S.C. §1956(h) – Money Laundering Conspiracy)

[5] On November 1, 2021, Schuyler incorporated Le Nid Consortium International, Inc. ("LNCI") in Wyoming.  Also on November 1, 2021, Schuyler incorporated Crèmily , Inc. in Wyoming. On April 22, 2022, Schyler domesticated LNCI in Arizona.  On August 30, 2022, Defendants incorporated Le Nid Brands, Inc. in Wyoming. On March 8, 2023, Schuyler as CEO and Director and Delaportas as Director incorporated Le Nid Bottling, Inc. in Arizona.  On March 9, 2023, Delaportas incorporated Clean Bottling, Inc. in Wyoming.  On April 4, 2023, Schuyler as CEO, "Dellaportas" as Secretary, and Hodge as CFO incorporated The Crèmily  Foundation in California. On May 10, 2023, Delaportas  incorporated Le Nid Creamery SanDiego, Inc. in Wyoming.  On June 1, 2023, Schyler incorporated Le Nid Bottling California, Inc.  On June 23, 2023, Schuyler incorporated Le Nid Technologies, Inc. in Wyoming.  On August 7, 2023, Schuyler incorporated Le Nid, Inc. in Arizona.  On August 15, 2023, Schuyler incorporated Le

## 2. Misrepresentations In Le Nid's Official Filings With The Secretary Of State

Le Nid corporations filed in Wyoming misrepresent the identity of actual incorporators, officers, directors and control persons. The disclosures of these filings name Schuyler as the organizer, officer or director, when the disclosures of emails, phone numbers and locations actually disclose Delaportas. These corporations' use Delaportas' email information, Delaportas' phone number and Delaportas' address. For example:

### Le Nid Consortium International, Inc. ID 2021-001048350 ("LNCI")

| | |
|---|---|
| Signature: | *Kylie Schuyler*    Date: 11/01/2021 |
| Print Name: | Kylie Schuyler |
| Title: | Organizer |
| Email: | sd@ighgi.com |
| Daytime Phone #: | (480) 702-0262 |

The email address belongs to Steven Delaportas[6] and the phone number belongs to Intercontinental Growth Holding Group, Inc. that is owned by Mr. Delaportas[7].

The "principal office address" is 668 N. Coast Highway #1121 in Laguna Beach. This address also appears to be a UPS mail drop.

While Delaportas is not listed as an officer or director of LNCI, he identified himself as the CEO of LNCI with his assumed name "Dellaportas". His email signature block reproduced here confirms:

---

Nid Intellectual Property, Inc, in Wyoming. On November 17, 2023, Delaportas domesticated Clean Bottling, Inc., a Wyoming Corporation, in Arizona. Upon information and belief, the Crèmily Enterprise also includes Le Nid Asia, Inc. and Superfrutas Beverage Company, Inc.
[6] *See* ighgi.com.

[7] *See* https://ecorp.azcc.gov/BusinessSearch/BusinessInfo?entityNumber=23099318. IHGH is a Wyoming corporation domesticated in Arizona. At the current time it appears that the Wyoming corporation is delinquent, but it does disclose that, unlike in Arizona, the only listed corporate officer is Kylie Schuyler.

Sincerely,
Steven J. Dellaportas
Chief Executive Officer



### Le Nid Bottling California, Inc. ID 2023-001278370

This corporation names Kylie Schuyler as the CEO of the corporation, but offers incorrect information in the signature block:

| | | |
|---|---|---|
| Signature: | *Kylie Schuyler* | Date: 06/01/2023 |
| Print Name: | Kylie Schuyler | |
| Title: | CEO | |
| Email: | tomc@tcecompliance.com | |
| Daytime Phone #: | (602) 561-0510 | |

The email address belongs to a Delaportas' agent Tom Cook. I spoke with Mr. Cook regarding this matter. He advised that he filed some of The Crèmily – Le Nid Enterprise corporations in Wyoming on instructions from a Mr. Richard Rossi, a Florida attorney, who identified himself to Mr. Cook as the attorney for Delaportas.

The Daytime Phone Number, 602-561-0510, is a burner phone belonging to Mr. Delaportas.

The filing also indicates that "the principal office address" is 4400 N. Scottsdale Road., Suite 308, Scottsdale, Arizona 85251. This address is Delaportas' controlled UPS mail drop.

### Le Nid Brands, Inc. ID 2022-001154522

| | |
|---|---|
| Signature: *Kylie Schuyler* | Date: 08/30/2022 |
| Print Name: **Kylie Schuyler** | |
| Title: **Organizer** | |
| Email: **sd@ighgi.com** | |
| Daytime Phone #: **(480) 702-0262** | |

Here, the email address belongs to Steven Delaportas and the phone number belongs to Intercontinental Growth Holding Group, Inc. that is owned by Mr. Delaportas.

The "principal office address" is 668 N. Coast Highway #1121 in Laguna Beach. This address also appears to be a UPS mail drop.

### Le Nid Holdings, Inc. ID 2023-001260786

| | |
|---|---|
| Signature: *Kylie Schuyler* | Date: 04/28/2023 |
| Print Name: **Kylie Schuyler** | |
| Title: **CEO** | |
| Email: **tomc@tcecompliance.com** | |
| Daytime Phone #: **(602) 561-0510** | |

The email address belongs to a Delaportas agent Tom Cook. The Daytime Phone Number, 602-561-0510, is a burner phone belonging to Mr. Delaportas.

The filing also indicates that "the principal office address" is 4400 N. Scottsdale Road., Suite 308, Scottsdale, Arizona 85251. This address is a UPS mail drop.

### Le Nid Intellectual Property, Inc. ID 2023-001315745

| | |
|---|---|
| Signature: *Kylie Schuyler* | Date: 08/16/2023 |
| Print Name: **Kylie Schuyler** | |
| Title: **CEO** | |
| Email: **tomc@tcecompliance.com** | |
| Daytime Phone #: **(602) 561-0510** | |

The email address belongs to a Delaportas' agent Tom Cook. The Daytime Phone Number, 602-561-0510, is a burner phone belonging to Mr. Delaportas.

The filing also indicates that "the principal office address" is 4400 N. Scottsdale Road., Suite 308, Scottsdale, Arizona 85251. This address is a UPS mail drop.

### **Le Nid Technologies, Inc.**

| | |
|---|---|
| Signature: | *Kylie Schuyler*  Date: 06/23/2023 |
| Print Name: | Kylie Schuyler |
| Title: | CEO |
| Email: | tomc@tcecompliance.com |
| Daytime Phone #: | (602) 561-0510 |

The email address belongs to a Delaportas' agent Tom Cook. The Daytime Phone Number, 602-561-0510, is a burner phone belonging to Mr. Delaportas.

The filing also indicates that "the principal office address" is 4400 N. Scottsdale Road., Suite 308, Scottsdale, Arizona 85251. This address is a UPS mail drop.

### **Le Nid Creamery San Diego, Inc. ID 2023-001266745**

This The Crèmily – Le Nid Enterprise discloses the true name of incorporator Mr. Delaportas:

| | |
|---|---|
| Signature: | *Steven Delaportas*  Date: 05/10/2023 |
| Print Name: | Steven Delaportas |
| Title: | President |
| Email: | tomc@tcecompliance.com |
| Daytime Phone #: | (602) 561-0510 |

The email address belongs to a Delaportas agent Tom Cook. The Daytime Phone Number, 602-561-0510, is a burner phone belonging to Mr. Delaportas.

The filing also indicates that "the principal office address" is 4400 N. Scottsdale Road., Suite 308, Scottsdale, Arizona 85251. This address is a UPS mail drop.

### 3. The Effects of Misleading Corporate Filings in Wyoming

The purpose of fronting Ms. Schuyler as the control person of various Crèmily – Le Nid Enterprise entities incorporated in Wyoming was to conceal the true ownership, funding and control of the Enterprise. This was done to hide the actual control of the funder, Mr. Hodge, and the actual management by Mr. Delaportas. The secondary, but equally significant purpose of the overall scheme was to set up a series of fraudulent transfers designed to frustrate creditors.

On March 9, 2023, Delaportas incorporated Clean Bottling, Inc. in Wyoming. *See* Wyoming ID 2023-001-1235311. The filing indicates that the principal office address of the corporation and that of Steven "Dellaportas"[8] is 4400 N. Scottsdale Rd., Scottsdale, AZ 85251. However, this address is actually a UPS mail drop store. Clean Bottling, Inc. was actually working out of LNCI's opulent offices at 6991 East Camelback in Scottsdale. *See, e.g.,* Exhibit 5, UCC-1 lien dated February 23, 2024 encumbering all of Clean Bottling assets to Delaportas owned company International Growth Holding Group, Inc. ("IGHG"):

| File Number: 2024-000-9251-8 | Origination: Feb 13, 2024<br>Expires on: Feb 13, 2029 | Lien Type: Standard | |
|---|---|---|---|
| Type: New Filing<br>Filed On: Feb 13, 2024 | Entered: Feb 23, 2024 | Pages: 1 | View |
| **Debtors**<br>CLEAN BOTTLING, INC.<br>6991 EAST CAMELBACK ROAD,<br>SUITE B300<br>SCOTTSDALE, AZ 85251 | **Secured Parties**<br>INTERCONTINENTAL GROWTH HOLDING GROUP, INC.<br>4400 NORTH SCOTTSDALE ROAD,<br>SUITE 308<br>SCOTTSDALE, AZ 85251 | | |

As stated above, Clean Bottling, Inc. encumbered all its assets in favor of IGHG. Exhibit 5.

On May 30, 2024, the Crèmily – Le Nid Enterprise entities, along with Schuyler individually, filed a UCC-1 Statement with the Arizona Secretary of State which liened all their assets and income. Exhibit 4. Obviously, this was a fraudulent transaction under the Uniform Fraudulent Transaction laws.

At or about the same time, Delaportas was observed removing LNCI assets from LNCI's primary location at 6991 East Camelback, Scottsdale, Arizona to Clean Bottling, Inc.'s new address at 1375 N. Miller Rd., Tempe, Arizona[9]. The undersigned visited there on

---

[8] The name was later corrected to "Delaportas".

[9] This is a physical office address used by Delaportas.

June 24, 2024, met an employee, inquired whether this was the new address for LNCI, and was advised that LNCI was now Clean Bottling because the funder [Hodge] stopped funding it.

Mr. Delaportas also transferred LNCI's key employees to Clean Bottling.

So now, the assets of the Crèmily – Le Nid Enterprise companies and of Ms. Schuyler *personally* were encumbered with a UCC lien in favor of an undisclosed creditor[10] and Clean Bottling assets were encumbered by a UCC lien in favor of IGHG whose sole named remaining officer Kylie Schuyler. *See* IGHG's 2023 annual report:

```
3: Officers and Directors
    Treasurer            Kylie Schuyler - 4400 N Scottsdale Road Suite 308, Scottsdale AZ 85251

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

Kylie Schuyler                         Kylie Schuyler                              January 31, 2023
Signature of Treasurer or Fiscal Agent Printed Name of Treasurer or Fiscal Agent   Date
```

In summary, the Crèmily – Le Nid Enterprise pledged all its assets and income to an unknown creditor. Within days, Delaportas physically moved LNCI assets and key employees to Clean Bottling, Inc.. Clean Bottling was already subject to a UCC-1 in favor of HGHG whose sole officer and beneficiary was Ms. Schuyler.

Thus, Schuyler and Hodge[11] protected themselves through UCC filings, Delaportas absconded with LNCI's assets and key employees, but the creditors were left holding the bag.

Had not been from Crèmily – Le Nid Enterprise's illegal misuse of Wyoming's welcoming corporate laws, the entire Crèmily – Le Nid Enterprise scheme would not have worked.

---

[10] *See* Exhibit 4 listing a "representative" of the creditor but not the creditor itself.

[11] California is a community property state.

## **4. Request for Action**

Corporate filings and disclosures are designed to provide true information about a company. They are designed to disclose the actual business addresses, actual incorporators, actual email address and phone number, and actual business locations. They are not designed to conceal, hide and mislead in order to provide cover for actual control persons, even if those persons' reputation may be marred by criminal convictions.

I request an investigation into these matters. I am available to discuss the details at your convenience.

Thank you in advance for considering this matter.

                Sincerely,


                Peter Strojnik