**FILED**

9:24 am, 4/20/26

**Margaret Botkins**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

PETER STROJNIK,

      Plaintiff,

VS.

CLEAN BOTTLING INC., a Wyoming
Corporation,

      Defendant,

Case No.  25-CV-216-ABJ

---

## JUGMENT

The Court, having entered its Order Dismissing Case for Lack of Jurisdiction (ECF

No. 13) on April 17, 2026, has ordered that this case be dismissed without prejudice, but

without leave to amend.

**IT IS HEREBY ORDERED** that Plaintiff's complaint is dismissed without

prejudice for lack of jurisdiction.

Dated this 20 day of April, 2026.

Alan B. Johnson
United States District Judge